CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
4760 S. Pecos Rd., Suite 103
Las Vegas, Nevada  89121
Telephone: (702) 435-7968
Email: attcbf@cox.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **RONALD BARRETT** | ) |
| | ) |
|       **Plaintiff,** | ) |
| vs. | ) |
| | ) Case No.:2:21-cv-00194-JCM-EJY |
| | ) |
| **EQUIFAX   INFORMATION SERVICES, LLC,** | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntary dismisses this action as to Defendant Equifax Information Services, LLC without prejudice pursuant to Fed. R. Civ. P. 41.

                         LAW OFFICES OF CRAIG B. FRIEDBERG

                         BY:  /s/ *Craig B. Friedberg*_____
                              CRAIG B. FRIEDBERG, ESQ.

     **It Is So Ordered.**

                        _____
                        UNITED STATES DISTRICT COURT JUDGE

                        DATED:_____